In the Matter of the Claim of MYRTLE MATTISON, Respondent, against E. B. JENKS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by an employer and his insurance carrier from an award of the State Industrial Board in favor of claimant. Claimant was employed as a waitress and general maid. She was provided with, and slept in, a bedroom on the employer's premises. The Board found that on July 9, 1942, while claimant was working for her employer and while in a bedroom furnished to her by her employer as part of her wages, she was called to serve breakfast and, having overslept, jumped quickly out of bed and when her feet landed on the hardwood floor, which was waxed, she twisted her back and felt a sharp pain in her back and left leg. The Board found that claimant sustained acci- dental injuries arising out of and in the course of her employment. The evi- dence sustains the findings. Award affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of JOHN LAMB, Respondent, against WILLIAM M. SLOTE et al., Doing Business as A. SLOTE & SONS, Respondents, and MASSA- CHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by insurance carrier from an award and decision of the State Industrial Board made under the Workmen's Compensation Law in favor of claimant. The only question presented is whether the insurance policy issued by appellant to the employer-respondent covered the claimant. The kind and nature of the duties of claimant's employment, including the work in which he was engaged when he met with injury by accident, and the arrange- ment made by the employer-respondent for the performance of those duties brought claimant within the coverage of the policy. Any doubt raised by the literalness of the policy provisions is resolved by the statute. (Workmen's Compensation Law, § 54, subd. 4.) Award and decision affirmed, with costs to the State Industrial Board. All concur. [See post, p. 1072.]

In the Matter of the Claim of SAMUEL SHAW, Respondent, against BROWERS GARAGE, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award. Claimant suffered a cardiac injury while pushing an automobile from the path of another which was driven into the garage where he worked. Award affirmed, with costs to the State Industrial Board. All concur. [See post, p. 1073.]